CANFIELD AND LOSEY *against* LINDLEY.

That witnesses reside in a neighboring state, near the place where the venue is laid, is not a reason for retaining it.

IN covenant, J. Dickson moved to change the venue from the city of New York to the county of Monroe, on an affidavit stating the residence of three material witnesses in the latter county.

*G. C. Bronson,* contra, opposed this on the plaintiff's affidavit that he had one witness in the city of New York, and three in the state of New Jersey near the city of New York, whose attendance he expected to procure at the Circuit ; But,

*Per Curiam.* We do not remember its ever having been held, that the fact of witnesses' residing in a neighboring state is to weigh with us in fixing the venue. A commission may yet be necessary to examine them.

Motion granted